**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tyrone Franklin Ward, Jr.,                              Civ. No. 25-4319 (JWB/DTS)

        Petitioner,

v.                                                                    **ORDER ACCEPTING**
                                      **REPORT AND RECOMMENDATION**
Dr. Soniya Hirachan, Malinda Henderson,              **OF MAGISTRATE JUDGE**
and Becca Kennedy,

        Defendants.

        United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") in this matter on April 30, 2026. (Doc. No. 35.) Although Plaintiff Tyrone Franklin Ward, Jr. has filed an objection to the R&R (Doc. No. 37), his filing does not specifically challenge the R&R's findings or analysis. Instead, he restates some of his symptoms and reports more about the underlying events.

        Ward's filing either presents arguments already considered by the Magistrate Judge or attempts to introduce new allegations—neither of which constitutes a proper objection to the R&R. *See Montgomery v. Compass Airlines, LLC*, 98 F. Supp. 3d 1012, 1017 D. Minn. 2015) (R&R objections that "are not specific but merely repeat arguments presented to and considered by a magistrate judge are not entitled to de novo review, but rather are reviewed for clear error"); *Smith v. Eischen*, Civ. No. 23-2866 (JMB/SGE), 2025 WL 732304, at *1 n.1 (D. Minn. Mar. 7, 2025) (new theories, arguments, and claims cannot be raised for the first time in an R&R objection).

Absent timely objections, an R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found. And Ward's objection does not identify any error of law or fact that warrants rejecting the R&R's recommendation to dismiss his case. While the Court acknowledges that Ward's health conditions are challenging and persistent, he has not alleged facts that plausibly show deliberate indifference to serious medical needs.

## ORDER

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    Plaintiff Tyrone Franklin Ward, Jr.'s Objection to the April 30, 2026 Report & Recommendation (Doc. No. 37) is **OVERRULED**.

2.    The April 30, 2026, Report and Recommendation (Doc. No. 35) is **ACCEPTED**.

3.    Defendants' Motion to Dismiss (Doc. No. 14) is **GRANTED**.

4.    The Amended Complaint (Doc. No. 4) is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: June 15, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2